IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICHEAL GERMAINE WILLIAMS,  )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )       2:14cv873-MHT
                            )           (WO)
JIM CATON, JESSIE           )
SUMMERSET, and ANDALUSIA    )
TIRE COMPANY,               )
                            )
    Defendants.             )
```

OPINION

Plaintiff filed this Title VII lawsuit asserting that his former employer terminated him because plaintiff does not believe in god.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be granted in part and denied in part.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of September, 2015.

          /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE