IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MICHEAL GERMAINE WILLIAMS,   )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:14cv873-MHT
                             )               (WO)
JIM CATON, JESSIE            )
SUMMERSET, and ANDALUSIA     )
TIRE COMPANY,                )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 20) is adopted.

(2) The motion to dismiss (doc. no. 9) is granted to the extent that it seeks to dismiss as defendants Jim Caton and Jessie Summerset, and said defendants are dismissed without prejudice and terminated as parties, with all parties to bear their own costs.

(3) The motion to dismiss (doc. no. 9) is denied to the extent it is based on the contention that Andalusia

Tire Company is not a defendant. It is declared that Andalusia Tire Company was named as a defendant in the original complaint.

(4) Because defendant Andalusia Tire Company was inadvertently omitted from the docket sheet, the clerk of the court is to add said defendant to the docket sheet, as of the filing of the original complaint, and to initiate the paperwork for service on it.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 23rd day of September, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE